UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:                                                                           CASE NO 17-70174-JHH-13

TEDRA LANAYA WILLIAMS                           CHAPTER 13

**TRUSTEE'S MOTION TO DISMISS OR IN THE ALTERNATIVE
MOTION TO MODIFY AND NOTICE OF HEARING**

      Comes now C. David Cottingham, Standing Trustee, in the above styled case and moves to dismiss or in the alternative modify this case and in support thereof represents to the Court as follows:

| | |
|---|---|
| X | The Debtor's payments are not current, resulting in a material default in plan payments pursuant to 11 U.S.C. 1307 (c) (6). |
| | The Debtor's Plan is no longer feasible. _____filed or amended claim #_on_ that requires a fixed payment of $___ per month._ |
| X | The Debtor's payments are insufficient to pay the case within the time allowed by law and require the plan payments to be modified to $198.00 a month due to missed plan payments. |

      WHEREFORE, the Trustee moves that this case be **DISMISSED OR IN THE ALTERNATIVE MODIFIED AS SET OUT ABOVE**.

This the 18th day of September, 2020          /s/ C. David Cottingham
                                                     C. David Cottingham, Standing Trustee

**NOTICE OF HEARING**

      Notice is hereby given that a hearing on the above styled motion will be held on Thursday the 5th of November 2020 at 1:00 p.m. **THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

**Certificate of Service**

      This is to certify that I have this day served a copy of the above Motion upon the Attorney for the Debtor(s) and all Creditors on the attached matrix by mailing a copy of the same with adequate postage thereon or by electronic means when available.

This the 18th day of September, 2020          /s/ C. David Cottingham
                                                     C. David Cottingham, Standing Trustee
                                                     P. O. Drawer 020588
                                                     Tuscaloosa, AL  35402