| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-7<br>Case 17-70174-JHH13<br>NORTHERN DISTRICT OF ALABAMA<br>Tuscaloosa<br>Thu Sep 17 14:47:06 CDT 2020 | 13.7, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Spot Loan by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | U. S. Bankruptcy Court<br>2005 University Blvd., Room 2300<br>Tuscaloosa, AL 35401-1546 |
| ALABAMA GAS CORPORATION<br>2101 SIX AVENUE NORTH<br>BIRMINGHAM AL 35203-2737 | Afni, Inc.<br>Po Box 3097<br>Bloomington, IL 61702-3097 | Alabama Department of Revenue<br>Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 |
| Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438-0902 |
| Ally Financial<br>Payment Processing Center<br>PO Box 9001952<br>Louisville, KY 40290-1952 | American Family Care<br>c/o Amsher Collection Services Inc.<br>4524 Southlake Pkwy Ste 15<br>Hoover AL 35244-3271 | Bellsouth Telecommunications, INC<br>One AT&T Way<br>Room 3A104<br>Bedminster, NJ 07921-2693 |
| CVS<br>3302 15TH STREET<br>Tuscaloosa, AL 35401-2732 | (p)CASHCALL INC<br>1 CITY BOULEVARD WEST<br>SUITE 1000<br>ORANGE CA 92868-3611 | Cash Central/Community Choice Financial<br>P.O. Box 3544<br>Dublin, Ohio 43016-0269 |
| Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Convergent Outsourcing Inc.<br>10900 Corporate Centre Dr #100<br>Houston, TX 77041-5195 | Convergent Outsourcing Inc.<br>PO Box 9004<br>Renton, WA 98057-9004 |
| Credit Bureau Systems, Inc.<br>550 Greensboro Ave, #301<br>Tuscaloosa, AL 35401-1584 | Cross Check<br>c/o Law Offices of Joel Cardis LLC<br>2006 Swede Rd Suite 100<br>E. Norriton, PA 19401-1787 | Crosscheck<br>6119 State Farm<br>Rohnert Park, CA 94928-2146 |
| DCH REGIONAL MEDICAL CENTER<br>C/O DISHUCK AND LACOSTE<br>PO BOX 20677<br>TUSCALOOSA, AL 35402-0677 | DCH Reg. Med. Ctr.<br>809 University Blvd E<br>Tuscaloosa, AL 35401-2071 | DCH Regional Medical Center<br>PO Box 2058<br>Tuscaloosa, AL 35403-2058 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Dept Of Education/Neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 | Direct Loans U.S.department of education<br>P.O. box 242800<br>Louisville, KY 40224 |

| | | |
|---|---|---|
| (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Direct TV<br>c/o Sunrise Credit Services, Inc.<br>PO Box 9100<br>Farmingdale, NY 11735-9100 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| EZ Money<br>c/o MGI<br>PO Box 1513<br>Bountiful, UT 84011-1513 | Eos Cca<br>700 Longwater Dr<br>Norwell, MA 02061-1624 | (p)FISHBACK FINANCIAL CORPORATION<br>PO BOX 5057<br>BROOKINGS SD 57006-5057 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Franklin Collection Sv<br>2978 W Jackson St<br>Tupelo, MS 38801-6731 | HSBC Card Services<br>ATTN: Bankruptcy Dept<br>PO Box 4215<br>Buffalo NY 14240-4215 |
| I.C. Systems, Inc.<br>P.O. Box 64378<br>St Paul, MN 55164-0378 | LVNV Funding<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Payliance<br>3 Easton Oval Ste 210<br>Columbus, OH 43219-6011 | Paypal Inc<br>c/o Convergent Outsourcing Inc.<br>10750 Hammerly Blvd #200<br>Houston, TX 77043-2317 | (p)PLAZA SERVICES LLC<br>ATTN MANNY WILLIAMS<br>110 HAMMOND DRIVE<br>SUITE 110<br>ATLANTA GA 30328-4806 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Seventh Avenue<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Spire Energy<br>c/o Alabama Gas Corp<br>2101 Six Avenue North<br>Birmingham AL 35203-2737 |
| State of Alabama Dept. of Revenue<br>50 Ripley Street<br>Montgomery, AL 36132-0001 | U.S. Department of Education C/O Nelnet<br>121 S 13TH ST, SUITE 201<br>LINCOLN, NE 68508-1911 | US DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 |
| Us Dept Of Education<br>Po Box 5609<br>Greenville, TX 75403-5609 | Wells Fargo<br>P.O. Box 5058<br>MAC P6053-021<br>Portland, OR 97208-5058 | Wells Fargo Bank N.A.<br>P.O. Box 63491<br>MAC A0143-042<br>San Francisco, CA 94163-0001 |
| William Barnes<br>3300 Azalea Lane<br>Tuscaloosa, AL 35405-2743 | C David Cottingham<br>Chapter 13 Standing Trustee<br>701 22nd Avenue, Suite 4<br>P O Drawer 020588<br>Tuscaloosa, AL 35402-0588 | Ginger D Cockrell<br>Cockrell, Cockrell, Townsend & Ritchey L<br>1409 University Boulevard<br>Tuscaloosa<br>Tuscaloosa, AL 35401-1633 |
| Tedra Lanaya Williams<br>3201 Hargrove Road East Apt 2004<br>Tuscaloosa, AL 35405-3436 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cash Call<br>PO Box 66007<br>Anaheim, CA 92816 | Department of the Treasury<br>IRS<br>Atlanta, GA 39901-0010 | Direct TV<br>P.O. Box 78626<br>Phoenix, AZ 85062-8626 |
| First Bank & Trust<br>215 West 4th Avenue<br>Milbank, SD 57252 | Plaza Services<br>110 Hammond Drive, Suite 110<br>Atlanta, GA  30328 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)13.7, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | (u)Cash Call<br>c/o Delbert Services Corporation | (u)Direct Loans<br>c/o US Dept of Education |
| (u)EZ Money<br>c/o EZCORP Inc/ Legal Department | (d)Spot Loan<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | End of Label Matrix<br>Mailable recipients    57<br>Bypassed recipients     5<br>Total                  62 |