In re:  Case No. 17-70174-JHH
Tedra Lanaya Williams  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1126-7 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: van023 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tedra Lanaya Williams, 3201 Hargrove Road East Apt 2004, Tuscaloosa, AL 35405-3436 |
| sp | + | Leslie Palmer, Palmer Law, LLC, 104 23rd Street South, Suite 100, Birmingham, AL 35233-2347 |
| 10746120 | + | Barnes Crossing Hyundai/Carmigo, 3983 North Glostar St., Tupelo, MS 38804-0950 |
| 9248941 | + | CVS, 3302 15TH STREET, Tuscaloosa, AL 35401-2732 |
| 10746122 | | Carmigo, 4301 Night Hawk Ct., Tupelo, MS 38804 |
| 9248963 | + | Cash Central/Community Choice Financial, P.O. Box 3544, Dublin, Ohio 43016-0269 |
| 10187240 | + | Convergent Outsourcing Inc., 10900 Corporate Centre Dr #100, Houston, TX 77041-5195 |
| 9248938 | | Credit Bureau Systems, Inc., 550 Greensboro Ave, #301, Tuscaloosa, AL 35401-1584 |
| 9248939 | + | Cross Check, c/o Law Offices of Joel Cardis LLC, 2006 Swede Rd Suite 100, E. Norriton, PA 19401-1787 |
| 9248940 | + | Crosscheck, 6119 State Farm, Rohnert Park, CA 94928-2146 |
| 9248930 | | Direct Loans U.S.department of education, P.O. box 242800, Louisville, KY 40224 |
| 9248944 | | Direct TV, c/o Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 10746121 | + | DriveTime Auto Sales, 2205A Pelham Parkway, Pelham, AL 35124-1314 |
| 9248946 | | EZ Money, c/o MGI, PO Box 1513, Bountiful, UT 84011-1513 |
| 9248945 | + | Eos Cca, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 9248968 | ++ | FISHBACK FINANCIAL CORPORATION, PO BOX 5057, BROOKINGS SD 57006-5057 address filed with court:, First Bank & Trust, 215 West 4th Avenue, Milbank, SD 57252 |
| 9248948 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 9248949 | + | Franklin Collection Sv, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 9248950 | + | HSBC Card Services, ATTN: Bankruptcy Dept, PO Box 4215, Buffalo NY 14240-4215 |
| 9248951 | + | I.C. Systems, Inc., P.O. Box 64378, St Paul, MN 55164-0378 |
| 9248953 | + | Payliance, 3 Easton Oval Ste 210, Columbus, OH 43219-6011 |
| 9271337 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 9248956 | + | Us Dept Of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 9248957 | + | Wells Fargo, P.O. Box 5058, MAC P6053-021, Portland, OR 97208-5058 |
| 9248958 | + | Wells Fargo Bank N.A., P.O. Box 63491, MAC A0143-042, San Francisco, CA 94163-0001 |
| 9248959 | + | William Barnes, 3300 Azalea Lane, Tuscaloosa, AL 35405-2743 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2021 23:02:50 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2021 23:03:03 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 9428230 | | Email/Text: documentfiling@lciinc.com | Oct 07 2021 22:51:00 | 13.7, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 9251900 | + | Email/Text: bankruptcy@spireenergy.com | Oct 07 2021 22:51:00 | ALABAMA GAS CORPORATION, 2101 SIX AVENUE NORTH, BIRMINGHAM AL 35203-2737 |
| 9248932 | + | Email/Text: EBNProcessing@afni.com | Oct 07 2021 22:51:00 | Afni, Inc., Po Box 3097, Bloomington, IL |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 61702-3097 |
| 9252250 | | Email/Text: ally@ebn.phinsolutions.com | Oct 07 2021 22:51:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 9248960 | | Email/Text: ally@ebn.phinsolutions.com | Oct 07 2021 22:51:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 9248961 | | Email/Text: ally@ebn.phinsolutions.com | Oct 07 2021 22:51:00 | Ally Financial, Payment Processing Center, PO Box 9001952, Louisville, KY 40290-1952 |
| 9248928 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 07 2021 22:51:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 9248934 | + | Email/Text: bsimmons@amsher.com | Oct 07 2021 22:51:00 | American Family Care, c/o Amsher Collection Services Inc., 4524 Southlake Pkwy Ste 15, Hoover AL 35244-3271 |
| 9248935 | + | Email/Text: g17768@att.com | Oct 07 2021 22:51:00 | Bellsouth Telecommunications, INC, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 10746119 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Oct 07 2021 22:51:00 | Bridgecrest Acceptance Corporation, PO Box 2997, Phoenix, AR 85062-2997 |
| 9248936 | | Email/Text: bankruptcy@cashcall.com | Oct 07 2021 22:51:00 | Cash Call, PO Box 66007, Anaheim, CA 92816 |
| 9248937 | + | Email/Text: bankruptcynotices@cbecompanies.com | Oct 07 2021 22:51:00 | Cbe Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 9248964 | | Email/Text: convergent@ebn.phinsolutions.com | Oct 07 2021 22:51:00 | Convergent Outsourcing Inc., PO Box 9004, Renton, WA 98057-9004 |
| 9282556 | + | Email/Text: dlsbankruptcy@bellsouth.net | Oct 07 2021 22:51:00 | DCH REGIONAL MEDICAL CENTER, C/O DISHUCK AND LACOSTE, PO BOX 20677, TUSCALOOSA, AL 35402-0677 |
| 9248942 | + | Email/Text: dchbk@uptaingroup.com | Oct 07 2021 22:51:00 | DCH Reg. Med. Ctr., 809 University Blvd E, Tuscaloosa, AL 35401-2071 |
| 9248965 | + | Email/Text: dchbk@uptaingroup.com | Oct 07 2021 22:51:00 | DCH Regional Medical Center, PO Box 2058, Tuscaloosa, AL 35403-2058 |
| 9248967 | | Email/Text: G06041@att.com | Oct 07 2021 22:51:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 9248943 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 07 2021 22:51:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9287518 | | Email/Text: mrdiscen@discover.com | Oct 07 2021 22:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 9248929 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2021 22:51:00 | Department of the Treasury, IRS, Atlanta, GA 39901-0010 |
| 9248952 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2021 23:02:52 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9387011 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2021 23:02:58 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9272921 | | Email/Text: info@plazaservicesllc.com | Oct 07 2021 22:51:00 | Plaza Services, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 9513028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2021 23:02:56 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 9248954 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 07 2021 22:51:00 | Paypal Inc, c/o Convergent Outsourcing Inc., 10750 Hammerly Blvd #200, Houston, TX 77043-2317 |
| 9266468 | | Email/Text: bankruptcy@revenue.alabama.gov | Oct 07 2021 22:51:00 | Alabama Department of Revenue, Legal Division, P.O. Box 320001, Montgomery, AL 36132-0001 |
| 9248931 | | Email/Text: bankruptcy@revenue.alabama.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 07 2021 22:51:00 | State of Alabama Dept. of Revenue, 50 Ripley Street, Montgomery, AL 36132 |
| 9248955 | + | Email/Text: bankruptcy@sccompanies.com | Oct 07 2021 22:52:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 9248933 | | Email/Text: bankruptcy@spireenergy.com | Oct 07 2021 22:51:00 | Spire Energy, c/o Alabama Gas Corp, 2101 Six Avenue North, Birmingham AL 35203-2737 |
| 9257620 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 07 2021 23:02:53 | Spot Loan, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 9252692 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 07 2021 22:51:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9248962 | | Cash Call, c/o Delbert Services Corporation |
| 9248966 | | Direct Loans, c/o US Dept of Education |
| 9248947 | | EZ Money, c/o EZCORP Inc/ Legal Department |
| cr | * | 13.7, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| cr | * | Spot Loan by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| C David Cottingham | dcottingham@ch13tuscaloosa.com  dcottingham13@ecf.epiqsystems.com |
| Ginger D Cockrell | on behalf of Debtor Tedra Lanaya Williams gcockrell@ccrr.law  critchey@cctr.law |

TOTAL: 2

Van–023 [Notice of Telephonic Hearing] (03/21)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

**In re:**  
Tedra Lanaya Williams  
**SSN:** xxx–xx–4424

**Case No.** 17–70174–JHH13  
**Chapter** 13

**Debtor(s)**

## NOTICE OF TELEPHONIC HEARING

Notice is hereby given that a telephonic hearing will be held in the above–referenced case on Tuesday, November 2, 2021 at 01:00 PM to consider and act upon the following:

Debtor's Motion to Approve Sell of Collateral, Allow Exempt Sales Proceeds to be Disburse to Debtor and Modify Confirmed Chapter 13 Plan – Doc. 120

The hearing will be held via an AT&T call–in number. The dial–in number is **1–877–336–1280**. When prompted, enter the access code **5236070#**. There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in **five minutes** prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

Dated: October 7, 2021

By:

Joseph E. Bulgarella, Clerk  
United States Bankruptcy Court

dxt